PS-8
8/88

# UNITED STATES DISTRICT COURT

for

EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

**U.S.A. vs. Taylor Nunziato, Material Witness**     **Docket No. 7:14-CR-21-1F**

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Graf, probation officer of the court, presenting an official report upon the conduct of witness, Taylor Nunziato, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, North Carolina, on the 6th day of January, 2015, under the following conditions:

1. The witness is placed in the third party custody of her step-father, David Sharpe.
2. The witness is to submit to supervision by and report for supervision to the U.S. Probation Office as directed.
3. The witness is to remain in the Eastern District of North Carolina and not travel outside the district without prior approval from the supervising officer.
4. The witness is to avoid all contact with Randolph Johnson Spain.
5. The witness is not to use alcohol to excess.
6. The witness is not to possess a narcotic drug or other controlled substance defined in 21 U.S.C. 802, unless prescribed by a licensed medical practioner.
7. The witness is to submit to testing for a prohibited substance if required by the supervising officer.
8. The witness is to participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the supervising officer.
9. The witness is to report as soon as possible, to the supervising officer, every contact with law enforcement.
10. The witness is to provide accurate contact information to the supervising probation officer and the United States Attorney's Office.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The witness was placed on pretrial release supervision until she had satisfactorily testified as a material witness in the matter of U.S. v. Randolph Johnson Spain. The witness has satisfactorily complied with a subpoena to testify and has been excused as a witness by The Honorable James C. Fox, U.S. District Judge, presiding over the aforementioned criminal matter for which Nunziato was a witness.

**PRAYING THAT THE COURT WILL ORDER**

That the witness' term of pretrial release supervision be terminated.

Taylor Nunziato
Docket No. 7:14-CR-21-1F
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/Erik Graf |
| Robert L. Thornton<br>Supervising U.S. Probation Officer | Erik Graf<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2031<br>Executed On: January 12, 2015 |

## ORDER OF COURT

Considered and ordered this __12__ day of __January__, 2015, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge

January 12, 2015 (11:07am)