IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:14-CR-21-1F

UNITED STATES OF AMERICA          )
                                  )
          v.                      )
                                  )
RANDOLPH JOHNSON SPAIN            )

## ORDER AND JUDGMENT OF FORFEITURE

In the Criminal Indictment in the above action, the United States sought forfeiture of property of the defendant, RANDOLPH JOHNSON SPAIN, pursuant to 18 U.S.C. § 2421, as proceeds of the unlawful activity of the defendant as charged in the Criminal Indictment.

The defendant was found guilty by Verdict of a jury to Counts One and Two of the Criminal Indictment.

By virtue of the entry of the Verdict on January 12, 2015, the United States is entitled to the defendant's interest in the property specified in the Indictment, to wit, $8,000.00 in U.S. currency, an amount not currently in the possession of or its whereabouts known to the Government.

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1.  Based upon the Verdict of guilty as to the defendant, the above-listed $8,000.00 currency is forfeited to the United States for disposition in accordance with the law; and

2. Any and all forfeited funds shall be deposited by the U. S. Department of Justice or the U. S. Department of the Treasury, as soon as located or recovered, into the U. S. Department of Justice's Assets Forfeiture Fund or the U. S. Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

In respect to the dollar amount forfeited by the defendant but not in the possession of or its whereabouts known to the Government, the JUDGMENT is hereby entered against the defendant for the amount forfeitable, specifically, $8,000.00 currency.

In addition, upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order and Judgment of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant at sentencing.

SO ORDERED. This _10_ day of June, 2015.

_____
JAMES C. FOX
Senior United States District Judge

2